IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-00944-WYD-CBS

RICKEY PURDY,

    Applicant,

v.

HOYT BRILL, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

ORDER FOR STATE COURT RECORD

---

Applicant Rickey Purdy, a prisoner in the custody of the Colorado Department of Corrections at the Kit Carson Colorado Correctional Facility in Burlington, Colorado, has filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C.§ 2254. Respondents have filed an Answer. I find that the state court record is necessary for the resolution of this action.

Pursuant to Rule 5(c) of the Rules Governing Section 2254 Cases in the United States District Courts, I will direct Respondents to provide to this Court the complete record of Mr. Purdy's criminal action in Arapahoe County District Court Case No. 05CR234. Respondents shall provide the flat file and hearing transcripts for all proceedings in the trial court and in the appellate court. Accordingly, it is

ORDERED that Respondents shall provide to this Court **within thirty (30) days from the date of this Order** the complete record of Mr. Purdy's criminal case as

described above in this Order. It is

FURTHER ORDERED that the Clerk of the Arapahoe County District Court produce the records as described in this Order that are in their possession and provide the records to counsel for Respondents in this case for filing with this Court. It is

FURTHER ORDERED that the Clerk of this Court send a copy of this order to both parties and to the Clerk of the of the Criminal Court, Arapahoe County Justice Center, 7325 S. Potomac Street, Centennial, CO 80112.

Dated: July 14, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge