IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Wiley Y. Daniel

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY - 6 2013

JEFFREY P. COLWELL
CLERK

Civil Action No.  09-cv-00944-WYD

RICKEY PURDY,

　　　　Petitioner,

vs.

HOYT BRILL, Warden- KCCC, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

　　　　Respondents.

---

## ORDER RETURNING STATE COURT RECORD

---

　　　　Upon careful examination of the record, it appears that the disposition of the above

captioned case is now final.  It is hereby

　　　　**ORDERED** that the Clerk shall return the State Court Record.

　　　　Dated:  May 6, 2013.

　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　/s/ Wiley Y. Daniel
　　　　　　　　　　　　WILEY Y. DANIEL,
　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 09-cv-00944 WYD

Arapahoe County Combined Court
Arapahoe Justice Center
7325 S. Potomac St.
Centennial, CO 80112

Rickey Purdy
2801 Niagra Street
Denver, CO 80207

John Jacob Fuerst, III - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**


    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE
COURT RECORD** to the above-named individuals on  5/6/2013  .


                              JEFFREY P. COLWELL, CLERK


                              By: s/ D. Berardi_____
                                        Deputy Clerk